TDCJ Offender Details

68,049-02

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 03863129 |
| **TDCJ Number:** | 01420209 |
| **Name:** | OJUKWU,THEOPHILUS EKOH |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1959-05-17 |
| **Maximum Sentence Date:** | LIFE SENTENCE |
| **Current Facility:** | COFFIELD |
| **Projected Release Date:** | LIFE SENTENCE |
| **Parole Eligibility Date:** | 2036-03-24 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

**Parole Review Information**

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2006-03-25 | MURDER | 2006-09-27 | DALLAS | F-0628340-SW | 9999-99-99 |